**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

IN THE MATTER OF: ) CASE NO: PENDING **
)
Jamie L. Kunzman ) CHAPTER 13 PLAN
, )
)
Debtor(s). )

## *PAYMENTS*

The Debtor(s) submit to the Standing Chapter 13 Trustee all projected disposable income to be received within the first three (3) years of the plan as follows:

| | | | |
|---|---|---|---:|
| | A. | Monthly Payment Amount: | $ 351.00 |
| | B. | Number of Payments: | 60 |
| | C. | Base amount (A X B): | 21,060.00 |

The payment shall be withheld from the Debtors paycheck: yes
Employee's name whose payroll is deducted: Jamie L. Kunzman
Employer's name, address, city, state, phone:
    Kawasaki Motors Manufacturing, 6600 NW 27th , Lincoln, NE 68524
    Debtor is paid: bi-weekly

## **ORDER OF PAYMENT OF CLAIMS**

Trustee fees shall be deducted from each payment made by the Debtor(s) to the Trustee.
Claims shall be paid in the following order: 1) Payments due on executory contracts; 2) §503(b) administrative expenses including the Debtor's attorney fees; 3) Secured claims; 4) Priority claims in the order specified in § 507(a); 5) Co-signed consumer debts; 6) General unsecured claims. Unless otherwise noted, claims within each class shall be paid pro rata.

## **ADMINISTRATIVE AND PRIORITY CLAIMS**

All claims entitled to priority under 11 U.S.C. §507 shall be paid in full in deferred cash payments unless the holder of a particular claim agrees to a different treatment of such claim. 11 U.S.C. §1322(a)(2). It is further provided that any and all pre-petition penalties, and post-petition penalties and interest, which have attached or will be attached to any such claim, shall be treated as a general unsecured claim and not entitled to priority. Such claims are as follows:
Trustee fees shall be deducted from each payment made by the Debtors to the Trustee.
The Debtor(s)' Attorney applies for court approval of fees in the total amount of $1, 800.00 (fee application required, if more than $1800). Prior to filing, Debtor(s)' Attorney received $0.00 in fees, and the balance of $1,800.00 shall be paid thought this plan upon confirmation. Costs in amount of $200.00 are also allowed.

Priority Taxes: Federal: $0.00 State: $0.00 Total: $0.00
Priority Child Support or Alimony: $0.00

## **SECURED CLAIMS:**

COUNTY TREASURER FOR PROPERTY TAXES: Lancaster County

Any arrearage shall be paid through the Plan, and the Debtors will pay future taxes directly to the County Treasurer.

| *Estimated Arrearage* | *Post-confirmation Interest Rate* | *Pre-confirmation Interest Rate* | *Dollar Limit on Pre-confirmation interest* | *TOTAL AMOUNT* |
|---|---|---|---|---|
| 0.00 | 14.00% | 14.00% | | <u>$0.00</u> |

FIRST HOME MORTGAGE: Washington Mutual

Any arrearage shall be paid through the Plan, and the Debtor(s) will pay the regular monthly mortgage payments directly to the mortgage holder.

| *Estimated* | *Post-confirmation* | *Pre-confirmation* | *Dollar Limit on* | *TOTAL* |
|---|---|---|---|---|

| Arrearage | Interest Rate | Interest Rate | Pre-confirmation interest | AMOUNT |
|---|---|---|---|---|
| 2,419.20 | 8.50% | 8.50% | | $2,977.97 |

SECOND HOME MORTGAGE:   none

Any arrearage shall be paid through the Plan, and the Debtor(s) will pay the regular monthly mortgage payments directly to the mortgage holder.

| Estimated Arrearage | Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | TOTAL AMOUNT |
|---|---|---|---|---|
| 0.00 | 8.00% | 8.00% | | $0.00 |

THIRD HOME MORTGAGE:   none

Any arrearage shall be paid through the Plan, and the Debtor(s) will pay the regular monthly mortgage payments directly to the mortgage holder.

| Estimated Arrearage | Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | TOTAL AMOUNT |
|---|---|---|---|---|
| 0.00 | 8.00% | 8.00% | | $0.00 |

**Other Secured Creditors**

| Name: Wells Fargo | | Security: | 2004 Grand Am | Value: | $9,000.00 |
|---|---|---|---|---|---|
| Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | | | TOTAL AMOUNT |
| 8.00% | 8.00% | | | | $10,949.24 |

| Name: Dell Financial | | Security: | Computer | Value: | $600.00 |
|---|---|---|---|---|---|
| Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | | | TOTAL AMOUNT |
| 8.00% | 8.00% | | | | $729.95 |

| Name: none | | Security: | none | Value: | $0.00 |
|---|---|---|---|---|---|
| Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | | | TOTAL AMOUNT |
| 8.00% | 8.00% | | | | 0.00 |

| Name: none | | Security: | none | Value: | $0.00 |
|---|---|---|---|---|---|
| Post-confirmation Interest Rate | Pre-confirmation Interest Rate | Dollar Limit on Pre-confirmation interest | | | TOTAL AMOUNT |
| 8.00% | 8.00% | | | | $0.00 |

**CO-SIGNED UNSECURED DEBTS**
The following co-signed consumer debts shall be paid in full at the contract rate of interest from petition date:
Name:   None              Claim:   $0.00          % Rate: 0.00%      Total:    $0.00
Name:   None              Claim:   $0.00          % Rate: 0.00%      Total:    $0.00

**LIEN AVOIDANCE**
The Debtor(s) shall file a Motion to Avoid the lien of the following creditor(s):
Name:   none
Name:   none

**SURRENDER OF PROPERTY**
The Debtor(s) shall surrender the following property to the Secured Creditor holding a lien against such property:

| | |
|---|---|
| Name: none | Property Surrendered: none |
| Name: none | Property Surrendered: none |

**EXECUTORY CONTRACTS**

The Debtor(s) reject the following executory contracts:
NONE

The Debtor(s) hereby assume the lease/executory contracts referenced below and provide for the lease payment to be included in the Chapter 13 plan:

| | |
|---|---|
| Name: NONE | Type of Lease: |
| Address: | Vehicle Description: |

Number of Payments Remaining Under the Lease:
The Trustee shall cure the prepetition lease arrearages in the amount of $_____ and commence making the regular monthly lease payments in the amount of $_____ with the first payment due on _____, 20__, and shall continue the regular monthly lease payments thereafter from each payment made under the plan.

**UNSECURED CLAIMS**
Allowed unsecured claims shall be paid prorata all remaining funds.

**ADDITIONAL PROVISIONS**

The holder of any allowed secured claim provided for by the plan shall retain a lien securing such claim until the amount for which the claim is allowed as secured or the value of the collateral, securing such claim, whichever is less, is paid in full. 11 U.S.C. §1325(a)(5)(B).

Property of the estate, including the Debtor's current and future income, shall revest in the Debtor(s) at the time a discharge is issued, and the Debtor(s) shall have sole right to use and possession of property of the estate during the pendency of this case.

In order to obtain distributions under the plan, a creditor must file a proof of claim within ninety (90) days after the first date set for the Meeting of Creditors. Claims filed after this bar date shall be disallowed except as provided in Bankruptcy Rule 3002.

Dated: 10/7/2005

Jamie L. Kunzman
,
Debtor(s)

By: ____s/ Bruce C. Barnhart____
Bruce C. Barnhart, #19967
Samuel J. Turco, Jr., #19892
3006 South 87th Street
Omaha, Nebraska 68124-3043
Voice: (402) 384-1103
Fax: (402) 384-1109
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO: PENDING ** |
| | ) | |
| Jamie L. Kunzman | ) | CHAPTER 13 |
| , | ) | |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF FILING
CHAPTER 13 PLAN AND
NOTICE OF TIME FOR FILING RESISTANCES/OBJECTIONS**

TO: All Creditors and Interested Parties:

Pursuant to General Order 05-01, you are hereby notified that the Debtor(s) herein has (have) filed a Chapter 13 Plan (Plan), a copy of which is attached hereto.

You are further notified that any resistance to the Plan must be filed with the Court and served on the Debtors' attorney no later than fourteen days after the 'Meeting of Creditors'. Creditors will receive the 'First Meeting Notice" with the specific date for filing a resistance to the Plan from the Clerk of the Bankruptcy Court.

All objections/resistances shall set forth the specific factual and legal basis for the objection/resistance and conclude with the particular request for relief. If an objection/resistance is filed without the specific factual and legal basis included, the matter will be submitted to the Court without a hearing.

Jamie L. Kunzman

Dated: 10/7/2005 ,

Debtor(s)

By: _____s/ Bruce C. Barnhart_____
Bruce C. Barnhart, #19967
Samuel J. Turco, Jr., #19892
3006 South 87th Street
Omaha, Nebraska 68124-3043+F189
Voice: (402) 384-1103
Fax: (402) 384-1109
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| IN THE MATTER OF: | ) | CASE NO: PENDING ** |
|---|---|---|
| | ) | |
| Jamie L. Kunzman | ) | CHAPTER 13 |
| , | ) | |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/7/2005 , I cause the filing of the foregoing Chapter 13 Plan and Notice of Resistance/Objection Deadline with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States Postage Service, postage prepaid, the above mentioned documents to the non-CM/ECF participants named on the current matrix.

Dated: 10/7/2005

s/ Bruce C. Barnhart
Bruce C. Barnhart, #19967
Samuel J. Turco, Jr., #19892
3006 South 87th Street
Omaha, Nebraska 68124-3043
Voice: (402) 384-1103
Fax: (402) 384-1109
Attorney for Debtor(s)